**In re the ESTATE OF COCHRAN, Swisher Dick (DECEASED), Plaintiff.**

**Richard COCHRAN, Appellant,**

v.

**Edna D. McCARTHY, Respondent.**

**No. WD 37284.**

Missouri Court of Appeals, Western District.

July 15, 1986.

Robert B. Reeser, Jr., Sedalia, for appellant.

Dale Reesman, Hampton Tisdale, Boonville, for Edna D. McCarthy as Personal Representative of the Estate of Swisher Dick Cochran (Deceased).

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Civil action to discover assets of an estate.

Judgment affirmed. Rule 84.16(b).